UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-60415-WPD

DON DeROSSETT, *pro se*,
as third party beneficiary

                            Plaintiff,

      v.

SOUTHEAST TOYOTA DISTRIBUTORS,
INC., d/b/a SOUTHEAST TOYOTA
DISTRIBUTORS, LLC & DON R. THORNE,
as AN INDIVIDUAL, & DON R. THORNE,
AS CEO OF AMERICAN GLASSETCHING
SYSTEMS, INC.

                            Defendants.

## ORDER DENYING MOTION TO STRIKE

THIS CAUSE is before the Court upon Plaintiff's Notice of Objection to Defendant Thorne's Reply to Plaintiff's Response in Opposition to Defendant Thorne's Motion to Dismiss & Plaintiff's Request to Strike that Subject Reply (the "Motion") [DE 46], filed herein on July 24, 2017. The Court has carefully considered the Motion [DE 46] and is otherwise fully advised in the premises.

On June 26, 2017, Defendant Thorne filed his Motion to Dismiss. [DE 35]. Plaintiff filed his Response brief on July 10, 2017. [DE 42]. Defendant Thorne filed his Reply brief on July 17, 2017. [DE 24]. Plaintiff filed the instant Motion [DE 46] on July 24, 2017 asking the Court to strike Defendant Thorne's Reply brief because it raises new issues and new legal theories.

The Court will not strike the Reply brief. Instead, in ruling on the Motion to Dismiss, the Court will not consider arguments that exceed the permissible scope of the Reply. S. D. Fla. L. R. 7.1 (c); *see Martinez v. Weyerhaeuser Mortgage Co.*, 959 F. Supp. 1511, 1515 (S.D. Fla.

1996) (refusing to consider new arguments raised in reply brief); *United States v. Feinberg*, 89 F.3d 333, 341 (7th Cir.1996) ("The reply brief is not the appropriate vehicle for presenting new arguments or legal theories to the court."); *Miccosukee Tribe Of Indians Of Fla v. United States*, 574 F. Supp. 2d 1360, 1367-68 (S.D. Fla. 2008) aff'd sub nom. *Miccosukee Tribe of Indians of Florida v. United States*, 619 F.3d 1286 (11th Cir. 2010) (ignoring arguments in reply brief exceeding the scope of the motion and response).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Motion to Strike [DE 46] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of August, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

Don DeRossett, *pro se*
2785 Cardinal Lake Circle
Duluth, GA 30096